Case 4:17-cv-00147   Document 31   Filed on 08/10/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 10, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SUSSEX INSURANCE COMPANY, a South Carolina Corporation, f/n/a Companion Property and Casualty Insurance Company<br><br>V.<br><br>LEM CONSTRUCTION COMPANY, INC. A Texas Corporation, and NATIONAL CONCRETE SERVICES, LTD., A Texas Domestic Limited Partnership | CAUSE NO. 4:17-cv-00147 |

## [PROPOSED] JUDGMENT

Having considered the Plaintiff's Motion for a Default Judgment, the Affidavit of James Silverstein, the Affidavit of Rocky Feemster, the Appendix of Exhibits, and the pleadings on file in the instant action,

IT IS ORDERED AND ADJUDGED that Plaintiff Sussex Insurance Company, formerly known as Companion Property and Casualty Insurance Company ("Sussex"), has no duty to defend National Concrete Services, LTD. ("NCS") against the matter, captioned *LEM Construction Company, Inc. v. National Concrete Services*, et. al, American Arbitration Association Case No. 01-15-0004-4343 ("the arbitration"), under either Sussex Insurance policy issued by Sussex to NCS. These policies are Sussex Policy No. DJGL102824, which was effective from April 4, 2011 to April 4, 2012 ("the first policy"), and Sussex Policy No. DJG1102824, which was effective from April 4, 2012 to April 4, 2013 ("the second policy). The Demand for Arbitration did not allege any potentially covered damages.

As to the duty to indemnify, Sussex has no duty to indemnify NCS against the arbitration award, except to the extent that Sussex has already paid $25,935.37 for administrative fees/expenses and the compensation of the arbitrator, including the accrued interest. The remaining damages in the arbitration award are not covered by the policies for a number of reasons, including that the first policy expired before the work was undertaken, and the damages either did not fall within the

1  coverage grant or were excluded by the "work product" exclusions. There is no Supplementary
2  Payments coverage for the attorneys' fees/costs awarded to LEM, in the award, totaling $255,611.39.
3  Sussex is awarded costs totaling $ 450.10

5  DATED: Aug. 10, 2017

   _____
   UNITED STATES DISTRICT JUDGE
   SIM LAKE